IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, SOUTHERN DIVISION

```
DEANDRE D. CURRINGTON,       )
                             )
    Plaintiff,               )
                             )    CIVIL ACTION NO.
    v.                       )      1:22cv397-MHT
                             )          (WO)
COMMANDER JUNEAU, et al.,    )
                             )
    Defendants.              )
```

ORDER

On September 30, 2024, plaintiff filed a document with the title "Appeal on Newly Discovery Evidence, Manifest Errors of Fact and Law" (Doc. 78). Because the document included the case style and civil action number for this case, the clerk of court filed it in this case. However, upon review of the document, it was apparent that plaintiff (who has filed multiple cases in this court) included the wrong civil action number on the document: the document mentions decisions by a different judge of this court and an order that was not entered in this case. After review of plaintiff's other cases in this court, the court

determined that the document was meant to be filed in a different case in this court with the same name: Civil Action Number 1:22cv518-WKW-CWB, *Deandre D. Currington v. Officer Juneau, et al*.  On October 2, 2024, in that case, plaintiff filed a document called "Correction to Appeal Case Number Under Newly Discovered Evidence, Plain Error, Mainifest {sic.] Errors" (Doc. 57 in 1:22cv518-WKW-CWB), in which he explained that he was submitting the document in order to make a correction to the case number he previously used.

As a result, the court will order that plaintiff's "Appeal" be filed in 1:22cv518-WKW-CWB. (The court leaves it pending in this case because it has already been transmitted to the appeals court.) However, plaintiff is warned that in the future, if he does not take care to put the correct case number on his filings, the court may not assist him in correcting his error.

***

Accordingly, it ORDERED that the clerk of court shall docket a copy of the "Appeal on Newly Discovery Evidence, Manifest Errors of Fact and Law" (Doc. 78), as well as a copy of this order, in 1:22cv518-WKW-CWB.

The clerk of court is DIRECTED to transmit a copy of this order to the United States Court of Appeals for the Eleventh Circuit.

DONE, this the 8th day of October, 2024.

                           /s/ Myron H. Thompson
                           **UNITED STATES DISTRICT JUDGE**